THOMAS P. MASON, Appellant, *v.* UNITED STATES LINES COMPANY, Defendant, and T. HOGAN & SONS, INC., Respondent.

Submitted July 8, 1955; decided July 8, 1955.

*Donald S. Sherwood* for motion and in opposition to cross motion.

*Frank A. Fritz* for cross motion and in opposition to appellant's motion.

Motion to have appeal heard upon one copy of the record before the Appellate Division granted.

Cross motion to dismiss appeal denied.